# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  
　  
v.  
　  
Julian C. Summers

Magistrate Case No. 14-9097

**ORDER**

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this ___19th___ day of ___June___, 2014

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

_____  
HONORABLE ANTHONY R. MAUTONE  
UNITED STATES MAGISTRATE JUDGE

FA